# EXHIBIT B

| | |
|---|---|
| STATE OF MINNESOTA | DISTRICT COURT |
| COUNTY OF HENNEPIN | FOURTH JUDICIAL DISTRICT |

Webb Candy, Inc. and
Licensed Sports Marketing, LLC,

            Plaintiffs,

v.

Wal-Mart Stores, Inc.,

            Defendant.

Court File No. _____
(Case Type: Civil)

**NOTICE TO STATE
COURT OF REMOVAL**

TO:    Clerk of Hennepin County District Court and Plaintiffs and their attorneys, Galen E. Watje and Steven Moore, 7900 Xerxes Avenue South, Suite 2000, Bloomington, Minnesota 55431.

PLEASE TAKE NOTICE that on August 5, 2009, the above-named Defendant filed with the United States District Court for the District of Minnesota, a Notice of Removal to remove the above-captioned action now pending in the Fourth Judicial District of the State of Minnesota. A copy of the Notice of Removal is attached hereto.

Pursuant to 28 U.S.C. § 1446(d), the state court shall proceed no further.

Dated: August 5, 2009

*Sarah C.S. McLaren*
Richard D. Snyder (#191292)
Sarah C.S. McLaren (#0345878)
FREDRIKSON & BYRON, P.A.
200 South Sixth Street, Suite 4000
Minneapolis, MN  55402-1425
Tel. (612) 492-7000
Fax (612) 492-7077
rsnyder@fredlaw.com
smclaren@fredlaw.com

ATTORNEYS FOR DEFENDANT
WAL-MART STORES, INC.