# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| Webb Candy, Inc. and<br>Licensed Sports Marketing, LLC,<br><br>      Plaintiffs,<br><br>vs.<br><br>Wal-Mart Stores, Inc.,<br><br>      Defendant. | Court File No. 09-cv-2056 PJS/JJK |

## PLAINTIFF'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Wal-Mart Stores, Inc. discloses that it has no parent corporation and that no publicly held corporation owns 10% or more of its stock.

Dated:  August 10, 2009

   s/Sarah C.S. McLaren
Richard D. Snyder (#191292)
Sarah C.S. McLaren (#0345878)
FREDRIKSON & BYRON, P.A.
200 South Sixth Street, Suite 4000
Minneapolis, MN 55402-1425
Telephone:  (612) 492-7000
Facsimile:  (612) 492-7077
rsnyder@fredlaw.com
smclaren@fredlaw.com

ATTORNEYS FOR DEFENDANT
WAL-MART STORES, INC.

4601271_1.DOC