UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| Webb Candy, Inc. and<br>Licensed Sports Marketing, LLC,<br><br>      Plaintiffs,<br><br>vs.<br><br>Wal-Mart Stores, Inc.,<br><br>      Defendant. | Court File No. 09-cv-2056 PJS/JJK<br><br>**DEFENDANT'S NOTICE OF HEARING ON MOTION TO DISMISS OR, IN THE ALTERNATIVE, TO TRANSFER VENUE** |

PLEASE TAKE NOTICE that on Thursday, October 15, 2009, at 8:00 a.m., before the Honorable Patrick J. Schiltz, Warren E. Burger Federal Building and United States Courthouse, Courtroom 7B, 316 North Robert Street, St. Paul, Minnesota, the Court will hear Defendant Wal-Mart Stores, Inc.'s motion to dismiss or, in the alternative, to transfer venue.

Dated:  August 12, 2009

s/ Sarah C.S. McLaren
Richard D. Snyder (#191292)
Sarah C.S. McLaren (#0345878)
FREDRIKSON & BYRON, P.A.
200 South Sixth Street, Suite 4000
Minneapolis, MN 55402-1425
Telephone:  (612) 492-7000
Facsimile:  (612) 492-7077
rsnyder@fredlaw.com
smclaren@fredlaw.com

ATTORNEYS FOR DEFENDANT
WAL-MART STORES, INC.

4601281_1.DOC