## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| Webb Candy, Inc. and<br>Licensed Sports Marketing, LLC,<br><br>   Plaintiffs,<br><br>vs.<br><br>Wal-Mart Stores, Inc.,<br><br>   Defendant. | Court File No. 09-cv-2056 PJS/JJK<br><br>**CERTIFICATE OF SERVICE** |

I hereby certify that on August 12, 2009, I caused the following documents:

   Defendant's Motion to Dismiss or, in the Alternative, to Transfer Venue; and

   Defendant's Notice of Hearing on Motion to Dismiss or, in the Alternative, to Transfer Venue.

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of electronic filing to the following:

   Galen E Watje    gkittock@watjelaw.com, smoore@watjelaw.com

   Steven C Moore    smoore@watjelaw.com, gkittock@watjelaw.com

- 2 -

I further certify that I caused a copy of the foregoing document and the Notice of Electronic Filing to be mailed by first class mail, postage prepaid, to the following non-ECF participant:

    None.


Dated:  August 12, 2009        s/Sarah C.S. McLaren
                                           Richard D. Snyder (#191292)
                                           Sarah C.S. McLaren (#0345878)
                                           FREDRIKSON & BYRON, P.A.
                                           200 South Sixth Street, Suite 4000
                                           Minneapolis, MN 55402-1425
                                           Telephone:  (612) 492-7000
                                           Facsimile:  (612) 492-7077
                                           rsnyder@fredlaw.com
                                           smclaren@fredlaw.com
                                           ATTORNEYS FOR DEFENDANT
                                           WAL-MART STORES, INC.

4603931_1.DOC