## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| Webb Candy, Inc. and<br>Licensed Sports Marketing, LLC,<br><br>            Plaintiffs,<br><br>vs.<br><br>Wal-Mart Stores, Inc.,<br><br>            Defendant. | Court File No. 09-cv-2056 PJS/JJK<br><br>**CERTIFICATE OF SERVICE** |

I hereby certify that on August 31, 2009, I caused the following documents:

1. Defendant's Amended Motion to Dismiss or, in the Alternative, to Transfer Venue;
2. Defendant Wal-Mart Stores, Inc.'s Memorandum in Support of Motion to Dismiss or, in the Alternative, to Transfer Venue and Word Count Compliance Certificate;
3. Declaration of Rosalyn Mitchell in Support of Defendant Wal-Mart Stores, Inc.'s Motion to Dismiss or, in the Alternative, to Transfer Venue; and
4. Certificate of Service

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of electronic filing to the following:

    Galen E Watje    gkittock@watjelaw.com, smoore@watjelaw.com
    Steven C Moore    smoore@watjelaw.com, gkittock@watjelaw.com

I further certify that I caused the proposed order to be filed with the court via e-mail to the following judge who is hearing the motion:

    The Honorable Patrick J. Schiltz    Schiltz_Chambers@mnd.uscourts.gov

and I certify that I caused a copy of the proposed order to be e-mailed, as noted below, to the following:

Galen E Watje    gkittock@watjelaw.com, smoore@watjelaw.com
Steven C Moore    smoore@watjelaw.com, gkittock@watjelaw.com

Dated:  August 31, 2009

  s/Richard D. Snyder
Richard D. Snyder (#191292)
Sarah C.S. McLaren (#0345878)
FREDRIKSON & BYRON, P.A.
200 South Sixth Street, Suite 4000
Minneapolis, MN 55402-1425
Telephone:  (612) 492-7000
Facsimile:  (612) 492-7077
rsnyder@fredlaw.com
smclaren@fredlaw.com
ATTORNEYS FOR DEFENDANT
WAL-MART STORES, INC.

4612324_1.DOC