## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

**Webb Candy, Inc. and**
**Licensed Sports Marketing, LLC,**

       **Plaintiffs,**

v.

**Walmart Stores, Inc.,**

       **Defendant.**

**Case No.:  09-CV-02056-PJS-JJK**

**CERTIFICATE OF SERVICE VIA ECF**

---

I hereby certify that on September 25, 2009, I caused the following document:

> *Plaintiffs' Memorandum in Response to Defendant's Motion to Dismiss, or, in the Alternative, to Transfer Venue; and*
> *Affidavit of Alan Webb*

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

| | |
|---|---|
| Richard D. Snyder | rsnyder@fredlaw.com |
| Sarah C. S. McLaren | smclaren@fredlaw.com |

Dated: September 25, 2009.              /s/Galen E. Watje
                                                                     Galen E. Watje, Counsel for Plaintiff