# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| Webb Candy, Inc. and<br>Licensed Sports Marketing, LLC,<br><br>          Plaintiffs,<br><br>vs.<br><br>Wal-Mart Stores, Inc.,<br><br>          Defendant. | Court File No. 09-cv-2056 PJS/JJK<br><br>**STIPULATION REGARDING<br>PROTECTIVE ORDER** |

IT IS HEREBY STIPULATED AND AGREED by and among Plaintiffs Webb Candy, Inc. and Licensed Sports Marketing, LLC and Defendant Wal-Mart Stores, Inc. through their undersigned counsel, that confidential information be disclosed only in the ways designated in the proposed Protective Order attached hereto as Exhibit A. The parties respectfully request entry of this Protective Order pursuant to Fed. R. Civ. P. 26(c).

Dated: October 2, 2009

s/ Galen E. Watje
Galen E. Watje (#114790)
Steven Moore (#252463)
WATJE & MOORE, LTD.
7900 Xerxes Avenue South
Suite 2000
Bloomington, Minnesota 55431
Telephone: (952) 646-9991
Facsimile: (952) 646-9993

**ATTORNEYS FOR PLAINTIFF**

2

| | |
|---|---|
| Dated:  October 2, 2009 | s/ Richard D. Snyder |
| | Richard D. Snyder (#191292) |
| | Sarah C.S. McLaren (#345878) |
| | FREDRIKSON & BYRON, P.A. |
| | 200 South Sixth Street, Suite 4000 |
| | Minneapolis, Minnesota 55402-1425 |
| | Telephone:  (612) 492-7000 |
| | Facsimile:  (612) 492-7077 |
| | rsnyder@fredlaw.com |
| | smclaren@fredlaw.com |
| | |
| | **ATTORNEYS FOR DEFENDANT** |

4626636_2.DOC

2