## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| Webb Candy, Inc. and<br>Licensed Sports Marketing, LLC,<br><br>               Plaintiffs,<br><br>vs.<br><br>Wal-Mart Stores, Inc.,<br><br>               Defendant. | Court File No. 09-cv-2056 PJS/JJK<br><br>**CERTIFICATE OF SERVICE** |

I hereby certify that on October 2, 2009, I caused the following documents:

    Stipulation Regarding Protective Order

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of electronic filing to the following:

    Galen E Watje     gkittock@watjelaw.com, smoore@watjelaw.com
    Steven C Moore     smoore@watjelaw.com, gkittock@watjelaw.com

| | |
|---|---|
| Dated: October 2, 2009 |   s/ Richard D. Snyder<br>Richard D. Snyder (#191292)<br>Sarah C.S. McLaren (#0345878)<br>FREDRIKSON & BYRON, P.A.<br>200 South Sixth Street, Suite 4000<br>Minneapolis, MN 55402-1425<br>Telephone: (612) 492-7000<br>Facsimile: (612) 492-7077<br>rsnyder@fredlaw.com<br>smclaren@fredlaw.com<br>ATTORNEYS FOR DEFENDANT<br>WAL-MART STORES, INC. |

4628971_1.DOC