# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| Webb Candy, Inc. and<br>Licensed Sports Marketing, LLC,<br><br>　　　　　　Plaintiffs,<br><br>vs.<br><br>Wal-Mart Stores, Inc.,<br><br>　　　　　　Defendant. | Court File No. 09-cv-2056 PJS/JJK<br><br>**SUPPLEMENTAL DECLARATION OF<br>ROSALYN MITCHELL<br>IN SUPPORT OF DEFENDANT<br>WAL-MART STORES, INC.'S<br>MOTION TO DISMISS OR,<br>IN THE ALTERNATIVE,<br>TO TRANSFER VENUE** |

I, Rosalyn Mitchell, declare as follows:

1.　I am an Associate General Counsel of Defendant Wal-Mart Stores, Inc. ("Walmart"). I make this supplemental declaration in support of Walmart's Motion to Dismiss or, in the Alternative, to Transfer Venue.

2.　Attached hereto as Exhibit A is a true and correct copy of the Supplier Agreement between Walmart and Plaintiff Licensed Sports Marketing, LLC, and attached as Exhibit B is a true and correct copy of the Supplier Agreement between Walmart and Little i, Inc.

3.　The attached supplier agreements are standard form supplier agreements that Walmart enters into with suppliers before a supplier may sell products to Walmart. The agreements are generated electronically pursuant to the process under which a supplier becomes approved to sell merchandise to Walmart.

Dockets.Justia.com

- 2 -

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated:  October 5, 2009         s/ Rosalyn Mitchell
                                Rosalyn Mitchell

4627940_1.DOC