## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

Webb Candy, Inc. and
Licensed Sports Marketing, LLC,

          Plaintiffs,

vs.

Wal-Mart Stores, Inc.,

          Defendant.

Court File No. 09-cv-2056 PJS/JJK

**CERTIFICATE OF SERVICE**

I hereby certify that on October 5, 2009, I caused the following documents:

1. Defendant Wal-Mart Stores, Inc.'s Reply Memorandum in Support of Motion to Dismiss or, in the Alternative, to Transfer Venue and Word Count Compliance Certificate;

2. Supplemental Declaration of Rosalyn Mitchell in Support of Defendant Wal-Mart Stores, Inc.'s Motion to Dismiss or, in the Alternative, to Transfer Venue; and

3. Certificate of Service;

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of electronic filing to the following:

    Galen E Watje    gkittock@watjelaw.com, smoore@watjelaw.com
    Steven C Moore    smoore@watjelaw.com, gkittock@watjelaw.com

I further certify that I caused copies of Exhibits A and B to the Supplemental Declaration of Rosalyn Mitchell in Support of Defendant Wal-Mart Stores, Inc.'s Motion to Dismiss or, in the Alternative, to Transfer Venue that were filed under seal to be emailed and mailed to the following:

    Galen E Watje    gkittock@watjelaw.com, smoore@watjelaw.com
    Steven C Moore    smoore@watjelaw.com, gkittock@watjelaw.com

- 2 -

Galen E. Watje, Esq.
Steven G. Moore, Esq.
Watje & Moore, Ltd.
Suite 2000
7900 Xerxes Avenue South
Bloomington, MN  55431

Dated:  October 5, 2009

  s/ Richard D. Snyder
Richard D. Snyder (#191292)
Sarah C.S. McLaren (#0345878)
FREDRIKSON & BYRON, P.A.
200 South Sixth Street, Suite 4000
Minneapolis, MN 55402-1425
Telephone:  (612) 492-7000
Facsimile:  (612) 492-7077
rsnyder@fredlaw.com
smclaren@fredlaw.com
ATTORNEYS FOR DEFENDANT
WAL-MART STORES, INC.

4625635_1.DOC