# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# CIVIL MOTION HEARING

| | |
|---|---|
| Webb Candy, Inc., et al., | **COURT MINUTES** |
| Plaintiffs, | BEFORE: Patrick J. Schiltz |
| | U.S. District Judge |
| v. | |
| Walmart Stores, Inc., | Case No: 09-CV-2056 (PJS/JJK) |
| | Date: October 15, 2009 |
| | Deputy: S. Fast |
| Defendant. | Court Reporter: Debra Beauvais |
| | Time Commenced: 7:57 a.m. |
| | Time Concluded: 8:23 a.m. |
| | Time in Court: 0 Hours & 26 Minutes |

**Hearing on:** **Defendant's Amended Motion to Dismiss or, in the Alternative, to Transfer Venue (Docket No. 7)**

APPEARANCES:

    Plaintiffs:    Steven C. Moore
    Defendant:    Richard D. Snyder

PROCEEDINGS:

    ☐ Plaintiff's Witnesses:
    ☐ Plaintiff' Exhibits:
    ☐ Defendant's Witnesses:
    ☐ Defendant's Exhibits:

**\*\*IT IS ORDERED:**
    ☐ **Submitted**    ☐ **Sustained**    ☐ **Overruled**

☒ Brief time set:
    Defendant shall submit supplemental briefing on the course of performance issue raised at the hearing by October 30, 2009.

    Plaintiffs shall submit their reply brief by November 6, 2009.

☒ Written order forthcoming.

                                                                                   s/S. Fast
                                                                                   Calendar Clerk