# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

**Webb Candy, Inc. and**
**Licensed Sports Marketing, LLC,**

        **Plaintiffs,**

v.

**Walmart Stores, Inc.,**

        **Defendant.**

---

Case No.: 09-CV-02056-PJS-JJK

**PLAINTIFFS' DEMAND FOR JURY TRIAL**

Pursuant to Rule 38(b) of the Federal Rules of Civil Practice, Plaintiffs hereby demand a jury trial in the above-referenced matter.

**WATJE & MOORE, LTD**

Dated: October 28, 2009.

    /s/ Steven Moore
GALEN E. WATJE (#114790)
STEVEN MOORE (#252463)
7900 Xerxes Avenue South, Suite 2000
Bloomington, Minnesota 55431
Telephone:   (952) 646-9991
Facsimile:   (952) 646-9993
*Attorneys for Plaintiffs*