UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

**Webb Candy, Inc. and**
**Licensed Sports Marketing, LLC,**             **Case No.: 09-CV-02056-PJS-JJK**

      **Plaintiffs,**

v.
                                          **CERTIFICATE OF SERVICE**
**Walmart Stores, Inc.,**                          **VIA ECF**

      **Defendant.**

---

I hereby certify that on October 28, 2009, I caused the following document:

> *Plaintiffs' Demand for Jury Trial*

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

    Richard D. Snyder        rsnyder@fredlaw.com

    Sarah C. S. McLaren     smclaren@fredlaw.com


Dated: October 28, 2009.                  /s/ Steven Moore
                                                      Steven Moore, Counsel for Plaintiff