# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

**Webb Candy, Inc. and
Licensed Sports Marketing, LLC,**

      **Plaintiffs,**

v.

**Walmart Stores, Inc.,**

      **Defendant.**

---

Case No.:  09-CV-02056-PJS-JJK

**CERTIFICATE OF SERVICE VIA ECF**

I hereby certify that on October 30, 2009, I caused the following document:

> *Rule 26(f) Report*

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

    Richard D. Snyder        rsnyder@fredlaw.com

    Sarah C. S. McLaren     smclaren@fredlaw.com

Dated: October 30, 2009.               /s/  Steven Moore
                                                          Steven Moore, Counsel for Plaintiff