# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

## PRETRIAL CONFERENCE MINUTES

| | |
|---|---|
| Webb Candy, Inc., et al., | COURT MINUTES - CIVIL |
| | BEFORE: JEFFREY J. KEYES |
| Plaintiff(s), | U.S. Magistrate Judge |
| v. | Case No: 09cv02056 PJS/JJK |
| | Date: November 4, 2009 |
| Walmart Stores, Inc., | Location: In Chambers 646 |
| | Time Commenced: 9:30 a.m. |
| Defendant(s). | Time Concluded: 10:00 a.m. |
| | Total Time: 30 Minutes |

**PROCEEDINGS:**

Pretrial scheduling conference held.  Pretrial Scheduling Order to be issued.

Date:  November 4, 2009

                                          s/Jackie Phipps_____
                                          Jacqueline E. Phipps
                                          Judicial Assistant