UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

**Webb Candy, Inc. and
Licensed Sports Marketing, LLC,**

       **Plaintiffs,**

v.

**Walmart Stores, Inc.,**

       **Defendant.**

Case No.: 09-CV-02056-PJS-JJK

**CERTIFICATE OF COMPLIANCE WITH L.R. 7.1(c) AND (e)**

I hereby certify that Plaintiffs' Memorandum in Response to Walmart's Supplemental Brief in Support of its Motion to Dismiss or, in the Alternative, to Transfer Venue complies with Local Rule 7.1(c) and (e).

I also certify that Plaintiff's Memorandum was prepared in 13-point font in Word 2003, and that this word processing program has been applied specifically to include all text, including headings, footnotes, and quotations in the following word count.

I hereby certify that Plaintiffs' Memorandum contains 1,903 words.

Dated: November 6, 2009.         /s/ Steven Moore
       Steven Moore
       Attorney for Plaintiffs