# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

**Webb Candy, Inc. and**
**Licensed Sports Marketing, LLC,**

       **Plaintiffs,**

v.

**Walmart Stores, Inc.,**

       **Defendant.**

Case No.:  09-CV-02056-PJS-JJK

**CERTIFICATE OF SERVICE VIA ECF**

---

I hereby certify that on November 6, 2009, I caused the following document:

> *Plaintiffs' Memorandum in Response to Walmart's Supplemental Brief in Support of its Motion to Dismiss or, in the Alternative, to Transfer Venue*

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

    Richard D. Snyder        rsnyder@fredlaw.com

    Sarah C. S. McLaren     smclaren@fredlaw.com

Dated: November 6, 2009.              /s/  Steven Moore
                                                            Steven Moore, Counsel for Plaintiff