# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| Webb Candy, Inc. and<br>Licensed Sports Marketing, LLC,<br><br>        Plaintiffs,<br><br>vs.<br><br>Wal-Mart Stores, Inc.,<br><br>        Defendant. | Court File No. 09-cv-2056 PJS/JJK<br><br>**DEFENDANT'S MOTION FOR SUMMARY JUDGMENT** |

Defendant Wal-Mart Stores, Inc. moves the Court pursuant to Fed. R. Civ. P. 56 for an order granting summary judgment. The basis for this motion is that the material facts are not in dispute and Defendant is entitled to judgment as a matter of law.

Plaintiff moves for an order as follows:

1.      Dismissing all counts of Plaintiffs' Complaint with prejudice; and

2.      Granting such other relief as the Court determines appropriate.

This motion is based on accompanying Memorandum of Law, and the Declaration of Richard D. Snyder, with attached exhibits, and the all of the files, records, and proceedings herein.

| | |
|---|---|
| Dated: February 8, 2011 | s/ Richard D. Snyder |
| | Richard D. Snyder (#191292) |
| | Sarah C. S. McLaren (#0345878) |
| | FREDRIKSON & BYRON, P.A. |
| | 200 South Sixth Street, Suite 4000 |
| | Minneapolis, MN 55402-1425 |
| | Telephone: (612) 492-7000 |
| | Facsimile: (612) 492-7077 |
| | rsnyder@fredlaw.com |
| | smclaren@fredlaw.com |
| | |
| | ATTORNEYS FOR DEFENDANT |
| | WAL-MART STORES, INC. |

4871411_1.DOC