UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| Webb Candy, Inc. and<br>Licensed Sports Marketing, LLC, | Case No.: 09-CV-02056-PJS-JJK |
| Plaintiffs, | Case Type: Civil |
| v. | |
| Walmart Stores, Inc., | PLAINTIFFS' MOTION FOR<br>SUMMARY JUDGMENT |
| Defendant. | |

_____

Plaintiffs Webb Candy, Inc. and Licensed Sports Marketing, LLC move the Court pursuant to Fed. R. Civ. P. 56 for an order granting partial summary judgment. The basis for this motion are the material facts which are not in dispute along with the pleadings, files, record, memorandum of law, attached affidavits, proposed order, and all arguments of counsel.

WATJE & MOORE, LTD.

Dated: February 9, 2011.

     /s/ Steven Moore
GALEN E. WATJE (#114790)
STEVEN MOORE (#252463)
smoore@watjelaw.com
7900 Xerxes Avenue South, Suite 2000
Minneapolis, Minnesota 55431
Telephone: (952) 646-9991
*Attorneys for Plaintiffs*