# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

# CIVIL MOTION HEARING

| | |
|---|---|
| Webb Candy, Inc., et al., | **COURT MINUTES** |
| Plaintiffs, | BEFORE: Patrick J. Schiltz |
| | U.S. District Judge |
| v. | |
| Walmart Stores, Inc., | Case No: 09-CV-2056 (PJS/JJK) |
| | Date: March 23, 2011 |
| Defendant. | Deputy: S. Fast |
| | Court Reporter: Debra Beauvais |
| | Time Commenced: 9:00 a.m. |
| | Time Concluded: 11:25 a.m. |
| | Time in Court: 2 Hours & 25 Minutes |

**Hearing on:** **Defendant's Motion for Summary Judgment [Docket No. 34]; Plaintiffs' Motion for Summary Judgment [Docket No. 38]**

APPEARANCES:

    Plaintiffs:    Steven C. Moore
    Defendant:    Richard D. Snyder

PROCEEDINGS:

    ☐ Plaintiff's Witnesses:
    ☐ Plaintiff' Exhibits:
    ☐ Defendant's Witnesses:
    ☐ Defendant's Exhibits:

**\*\*IT IS ORDERED:**

    ☐ **Submitted**    ☐ **Sustained**    ☐ **Overruled**
    ☐ Brief time set:
    ☒ Written order forthcoming.

                                                                 s/S. Fast
                                                                Calendar Clerk