UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| WEBB CANDY, INC., and LICENSED SPORTS MARKETING, LLC, | Case No. 09-CV-2056 (PJS/JJK) |
| Plaintiffs, | |
| v. | ORDER |
| WALMART STORES, INC., | |
| Defendant. | |

Steven C. Moore and Galen E. Watje, WATJE & MOORE, LTD, for plaintiffs.

Richard D. Snyder, Sarah C. S. McLaren, and Timothy O'Shea, FREDRIKSON & BYRON, PA, for defendant.

Based on the foregoing and on all of the files, records, and proceedings herein, and for the reasons stated on the record at the March 23, 2011 hearing, IT IS HEREBY ORDERED THAT:

1. The summary-judgment motion of plaintiffs Webb Candy, Inc. and Licensed Sports Marketing, LLC [Docket No. 38] is DENIED; and

2. The summary-judgment motion of defendant Walmart Stores, Inc. [Docket No. 34] is DENIED.

Dated: March 23, 2011     s/Patrick J. Schiltz
                          Patrick J. Schiltz
                          United States District Judge